1  McGREGOR W. SCOTT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2770



FILED

JUL - 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Mag. 06-128 GGH |
| Plaintiff, | APPLICATION TO UNSEAL ARREST WARRANT, COMPLAINT, ACCOMPANYING AFFIDAVIT, PETITION TO SEAL AND ORDER TO SEAL; [PROPOSED] ORDER |
| v. | |
| MICHAEL DEREK BRADLEY, JR., | |
| Defendant. | |

APPLICATION

On May 3, 2006, this Court issued an arrest warrant, complaint, accompanying affidavit, petition to seal and order to seal for the captioned matter, and sealed the same. Presently, the warrant has been executed and there is no longer cause for these documents to remain sealed. Accordingly, the Government respectfully requests that the arrest warrant, complaint,

///
///
///

1 accompanying affidavit, petition to seal and order to seal for
2 this matter be unsealed.
3 DATED: July 7, 2006

                                          Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

                                By: _____
                                  HEIKO P. COPPOLA
                                  Assistant U.S. Attorney

                                               ORDER

    Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the arrest warrant, complaint, accompanying affidavit, petition to seal and order to seal for the captioned matter be UNSEALED.

Date: July 7, 2006

                                  _____
                                  HONORABLE KIMBERLY J. MUELLER
                                  United States Magistrate Judge